GEORGE M. RANALLI, ESQ.
Nevada Bar No. 5748
VICKI DRISCOLL, ESQ.
Nevada Bar No. 3939
RANALLI ZANIEL FOWLER & MORAN, LLC
2340 W. Horizon Ridge Parkway, Suite 100
Henderson, Nevada 89052
ranalliservice@ranalllilawyers.com
Attorneys for Defendant,
*WALGREEN CO.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

STEVEN R. LOOMIS, as Special Administrator for the Estate of PETER SCHMITT,

    Plaintiff,

vs.

WALGREEN CO.; DOES 1 through 100; and ROE CORPORATIONS 101 through 200,

    Defendants.

Case No: 2:20-cv-01751-JCM-BNW

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, STEVEN R. LOOMIS, AS SPECIAL ADMINISTRATOR FOR THE ESTATE OF PETER SCHMITT, and Defendant, WALGREEN CO., by and through their respective attorneys of record, that all Plaintiff's claims in this matter against the Defendant, be dismissed with prejudice, with each of the parties to pay their own attorney fees and costs herein incurred.

Further, and any other hearings currently on calendar for this matter are hereby VACATED.

February 17, 2023.                    February 21st, 2023.

**BERNSTEIN & POISSON**                **RANALLI ZANIEL FOWLER & MORAN, LLC**

_/s/_                                  _/s/ 10934_

SCOTT L. POISSON, ESQ.                 GEORGE M. RANALLI, ESQ.
Nevada Bar No. 10188                   Nevada Bar No. 5748
**RYAN KERBOW, ESQ.**                  **VICKI DRISCOLL, ESQ.**
Nevada Bar No. 11403                   Nevada Bar No. 3939
320 S. Jones Boulevard                 2340 W. Horizon Ridge Parkway,
Las Vegas, Nevada 89107                Suite 100
Attorneys for Plaintiff                Henderson, Nevada 89052
                                       Attorneys for Defendant

2

Schmitt v. Walgreen Co., et al.
2:20-cv-01751-JCM-BNW

## ORDER

**BASED UPON THE STIPULATION OF THE PARTIES** and good cause appearing therefore,

**IT IS HEREBY ORDERED** that all of Plaintiff's claims in this matter against Defendant, WALGREEN CO., be dismissed with prejudice; each party to bear their own fees and costs.

**FURTHER, IT IS HEREBY ORDERED** that any other hearings currently on calendar for this matter are hereby VACATED.

Dated: February 22, 2023

_____
U.S. DISTRICT JUDGE

Respectfully Submitted By:

**RANALLI ZANIEL FOWLER & MORAN, LLC**

_____ 10934
**GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
**VICKI DRISCOLL, ESQ.**
Nevada Bar No. 3939
2340 W. Horizon Ridge Parkway, Suite 100
Henderson, Nevada 89052
Attorneys for Defendant
*WALGREEN CO.*

3